UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 16-25215-CIV-MORENO

GREGORY PONTON,

        Petitioner,

vs.

JULIE JONES,

        Respondent.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING SUCCESSIVE PETITION

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Petitioner's second successive Petition for Writ of Habeas Corpus, filed on **December 16, 2016**. The Magistrate Judge filed a Report and Recommendation **(D.E. 6)** filed on **December 22, 2016**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues and notes that Petitioner did not file objections to the Magistrate Judge's Report and Recommendation. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Petitioner's second successive Petition for Writ of Habeas Corpus is DENIED. The Court corrects the references to "Hudson" in the Report and Recommendation to the correct name of this petitioner, Gregory Ponton. It is further,

**ADJUDGED** that no certificate of appealability issue.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ of January 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
United States Magistrate Judge Patrick A. White

Gregory Ponton, *pro se*
#067776
Jackson Correctional Institution
Inmate Mail/Parcels
5563 10th Street
Malone, FL 32445